# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
COPRAGRI S.A.,

                Petitioner,                20 **CIVIL** 5486 (LGS)

      -against-                        **JUDGMENT**

AGRIBUSINESS UNITED DMCC,

                Respondents.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 16, 2021, the Petition is granted and the case is closed.

**Dated**: New York, New York
        March 16, 2021

                                            **RUBY J. KRAJICK**

                                               Clerk of Court

                             BY: _____

                                                  **Deputy Clerk**